1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICK J. CONNORS,

                    Plaintiff,

          v.

IQUEQUE U.S.L.L.C., et al.,

                    Defendants.

CASE NO. C05-334JLR

ORDER

          The court has reviewed Defendants' motion for reconsideration (Dkt. # 46) and

Plaintiff's motion for reconsideration (Dkt. # 47).  Pursuant to Local Rules W.D. Wash.

CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied

unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal

authority which could not have been brought to the attention of the court earlier, through

reasonable diligence.  Because neither Plaintiff nor Defendants have made either showing

with regard to the court's ruling on the issue (Dkt. # 43), both motions for reconsideration

(Dkt. ## 46, 47) are DENIED.

          Dated this 13th day of September, 2005.

_____
JAMES L. ROBART
United States District Judge

ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER