UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICK J. CONNORS,

    Plaintiff,

v.

IQUIQUE U.S. L.L.C., et al.,

    Defendants.

CASE NO. C05-334JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    The court has received Plaintiff's "Supplemental Memorandum" in opposition to Defendants' motion under Fed. R. Civ. P. 60(b) (Dkt. # 123). The Supplemental Memorandum was unsolicited, and when the court received it, it had already ruled on Defendants' Rule 60(b) motion. For that reason, the court construes Plaintiff's submission as a motion for reconsideration of the court's order (Dkt. # 121) on the Rule 60(b) motion.

    Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence. Because Plaintiff has not

MINUTE ORDER – 1

made either showing with regard to the court's ruling, the court DENIES the motion for reconsideration (Dkt. # 123).

Filed and entered this 10th day of November, 2005.

BRUCE RIFKIN, Clerk

s/Mary Duett

By
    Deputy Clerk

MINUTE ORDER – 2