UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICK J. CONNORS,

          Plaintiff,

    v.

IQUIQUE U.S.L.L.C., et al.,

          Defendants.

CASE NO. C05-334JLR

ORDER

This matter comes before the court on Plaintiff's unopposed motion to seal the court's records in this matter (Dkt. # 208).  The court DENIES the motion.

In July of this year, the parties reached a settlement in this heavily contested maritime tort litigation, and the court accordingly dismissed the action.   Almost two months later, Plaintiff filed the instant motion to seal the entire record.  Although this action has been pending since March 2005, Plaintiff has never before moved to seal any document in this action.

Civil Rule 5(g) ("CR 5(g)") of this District's Local Rules governs this action.  CR 5(g) provides as follows:

> There is a strong presumption of public access to the court's files and records which may be overcome only on a compelling showing that the public's right of access is outweighed by the interests of the public and the parties in protecting files, records, or documents from public review.

ORDER – 1

CR 5(g) also requires a party seeking to seal records to include "a clear statement of the facts justifying a seal."

Plaintiff's statement of facts justifying a seal is brief. He seeks to protect his privacy "regarding alleged illegal activities during his time on the vessel, as well as plaintiff's personal health issues." He argues that because this action concerned only "one small vessel" and covered "only a two week period," the action has "no broad impact," and that the public interest in this action is limited.

Absent a more particularized showing of unwarranted impact on Plaintiff, the court declines to seal the record in this action. In particular, the court will not seal the entire record where the vast majority of documents in the record contain no information impacting Plaintiff's privacy. Plaintiff has not overcome the "strong presumption of public access" that dictates that court records must generally remain open to the public.

DATED this 22nd day of September, 2006.

JAMES L. ROBART
United States District Judge

ORDER – 2